**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7332**

─────────────

JOEL CHRISTOPHER WILSON,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF DELAWARE,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-01-1864-JFM)

─────────────

Submitted: November 29, 2001      Decided: December 10, 2001

─────────────

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Joel Christopher Wilson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joel Christopher Wilson appeals from the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>Wilson v. Attorney General</u>, No. CA-01-1864-JFM (D. Md. July 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
